(INND Rev. 1/21)

page 1

**-FILED-**

AUG 23 2022

GARY T. BELL, Clerk - M
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA At

[*This form is for non-prisoners to file a civil complaint. NEATLY print in ink (or type) your answers.*]

Timothy Jamar Mays ,
[*You are the PLAINTIFF, print your full name on this line.*]

v.

T-Mobile ,
[*The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.*]

Case Number __2:22CV 246__

[*For a new case in this court, leave blank. The court will assign a case number.*]

[*The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.*]

# CIVIL COMPLAINT

| # | Defendant's Name and Job Title | Address |
|---|---|---|
| 1 | [*Put the defendant named in the caption in this box.*] T-Mobile | PO BOX 742596 CINCINNATI OH 45274-2596 |
| 2 | [*Put the names of any other defendants in these boxes.*] Peter OSualdik | 12920 SE 38th St Bellevue, WA, 98006 |
| 3 | | |

[*If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and address of each defendant in a separate box as shown here.*]

1. How many defendants are you suing? __2__

2. What is your address? __5709 Independence Ave Portage IN__

3. What is your telephone number: (__219__) __805-2026__

4. Have you ever sued anyone for these exact same claims?

   ⊘ No.

   ◯ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

(INND Rev. 1/21)                                                                                              page 2

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

**DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how these events happened.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

**DO NOT**: Include the names of minors, social security numbers, or dates of birth.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. T-Mobile did not accept my payment denying me my right to operate through Paper writing which is discrimination. I also sent instructions so that there wouldn't be any confusion. I will send that along with the bill I sent them.

Also 15 USC. 1615 states that any money I Payed to T-Mobile is owed back to me. I will send bills to Show I've been Paying T-Mobile.

*[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]*

Claims and Facts (continued)

2. Defamation

I sent my bill in twice and even called to make sure they received the bill yet T-Mobile still messaged me about my service to be cut. I dont feel that I Should have to go through all this to send my bill.

PRIOR LAWSUITS – Have you ever sued anyone for this exact same event?

⊗ No.

◯ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

RELIEF – If you win this case, what do you want the court to order the defendant to do?

Apply the Principle balance to the account number.

FILING FEE – Are you paying the filing fee?

◯ Yes, I am paying the $402.00 filing fee. I understand that I am responsible to notify the defendant about this case as required by Federal Rule of Civil Procedure 4. [If you want the clerk to sign and seal a summons, you need to prepare the summons and submit it to the clerk.]

⊘ No, I am filing a Motion to Proceed In Forma Pauperis and asking the court to notify the defendant about this case.

[Initial Each Statement]

Tm   I will keep a copy of this complaint for my records.

Tm   I will promptly notify the court of any change of address.

Tm   I declare under penalty of perjury that the statements in this complaint are true.

_____                    8-19-22
Signature                                          Date

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]